lants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Motion to add appeal to June term calendar denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES DeSANTIS, an Infant, by HELEN DeSANTIS, His Guardian ad Litem, Appellant, Respondent, v. PETER LUGER, Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ELSIE J. HASSALL, Respondent, v. CHRISTOPHER J. MOORE, FLORENCE S. MOORE, etc., and Others, Appellants.— Motion for injunction pending appeal granted upon condition that within five days from service of a copy of the order herein defendants file an undertaking, with corporate surety, to secure the payment of costs and allowances and also of the amount found to be due on the accounting; the amount and the form of the undertaking to be determined on the settlement of the order. In the event of non-compliance with this condition, the motion is denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ. Settle order on notice.

MAX HIRSHKOWITZ, Respondent, v. YELLOW BUS CORPORATION, Appellant, and BENJAMIN GOTTLIEB and Others, Defendants.— Motion to stay examination before trial granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ANNIE HUSSEY, Appellant, v. ANNA M. NEGREEN, Individually and as Executrix, etc., of JOSEPH F. NEGREEN, Deceased, Respondent.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of MARY E. DEAN and Others, to Collect an Award Made to an Unknown Owner in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Located at a Point Formed by the Intersection of the Easterly Side of Fourteenth Street and the Northerly Side of Thirty-fifth Avenue, in the Borough of Queens, County of Queens, City and State of New York, Duly Selected as a Site for Use as a Refuse Destructor, According to Law.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of ELIAS A. DEUTSCHMAN, Appellant. CELE H. RUBIN, etc., Respondent, v. MARY AND CLARA ENGLAND CORPORATION and Others, Defendants.— Motion for stay pending appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of WILLIAM H. JACKSON for the Removal of AUSTIN J. YERKS from the Office of Trustee of the Village of Ossining, Westchester County, New York.— Matter referred to Mr. Justice Graham Witschief to hear and to report to this court with his opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of FREDERICK C. KOCH, as One of the Executors